

The following constitutes the order of the court.
Signed April 4, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 14-43534 |
| Pacific Common Enterprise, LLC, | Chapter 7 |
| Debtor. | |
| | Adv. Pro. No. 15-04090 |
| Michael G. Kasolas, Trustee, | **Status Conference** |
| Plaintiff, | **Date:** April 13, 2016<br>**Time:** 10:30 a.m.<br>**Crtrm:** 220 |
| v. | |
| Jun Il Yoo and Eun Sei Park, | |
| Defendants. | |

**MEMORANDUM REGARDING DISPOSITION OF ADVERSARY PROCEEDING**

On September 11, 2015, Plaintiff filed the above-captioned adversary proceeding against Defendants. On March 1, 2016, Plaintiff filed the *Motion for Order Approving Compromise* (the "Motion") and *Notice and Opportunity for Hearing* in the main Chapter 7 case (no. 14-43534-WJL). On March 2, 2016, the Court held a status conference in the adversary proceeding and counsel for Plaintiff indicated that a settlement had been reached and the notice period on the Motion would run on or about March 24, 2016. As a result, the Court continued the status

conference to April 13, 2016.  After no opposition to the Motion was filed, the Court entered the *Order Authorizing and Approving Compromise* (the "Order Approving Compromise") on March 24, 2016.

Although the Order Approving Compromise was entered in the main Chapter 7 case, the Parties must properly dispose of the Adversary Proceeding.  Unless the Parties file something that will effectively dispose of the Adversary Proceeding, the Court will expect the Parties to appear at the status conference on April 13, 2016.

**\*END OF MEMORANDUM\***

**Court Service List**